294 F.3d 1092
 Tariq AHMED, MD, Plaintiff-Appellee,
v.
State of WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; Leanna Lamb, Superintendent Rainier School; Order Rogelio Ruvalcaba, Dr.; Does 1 Through 20, Defendants-Appellants.
 No. 00-35660.
 United States Court of Appeals, Ninth Circuit.
 June 18, 2002.
 
 Before SCHROEDER, Chief Judge, NOONAN, O'SCANNLAIN, TROTT, Rymer, KLEINFELD, HAWKINS, TASHIMA, FISHER, TALLMAN, and RAWLINSON, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to the parties' stipulation, the appeal is DISMISSED with each party to bear its own costs. The panel opinion is VACATED.